**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**SAMIT SAMIT #A246-005-774**          **CIVIL ACTION NO.  1:26-CV-01790 SEC P**

**VERSUS**                             **JUDGE VAN HOOK**

**E GARCIA ET AL**                     **MAGISTRATE JUDGE CAROL B.**
                                       **WHITEHURST**

## MEMORANDUM ORDER

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 filed by *pro se* Petitioner Samit Samit ("Petitioner"). [Doc. 1].  Petitioner is an immigration detainee at Winn Correctional Center in Winnfield, Louisiana. [Doc. 1 at 2].  He was taken into immigration custody on or about March 12, 2026.  [Doc. 1 at 11].

Petitioner challenges his immigration detention and lack of an individualized custody review.  He seeks his release from detention or, alternatively, a bond/custody hearing.

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018).

Accordingly, to determine whether Petitioner is entitled to relief;

**THE CLERK IS DIRECTED** to serve a summons, a copy of the Petition [Doc. 1], and a copy of this Order, by via email, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; and (3) DHS/ICE through its Office of General Counsel; and by regular mail on (4) the Warden where Petitioner is detained.

1

**IT IS ORDERED** that a Response be filed within **28 days** following the date of service on the United States Attorney for the Western District of Louisiana.

**IT IS FURTHER ORDERED** that Petitioner shall have 14 **days** following the filing of Respondents' answer to reply.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

THUS DONE in Chambers on this 15th day of June, 2026.

_____

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**

2